JEREMY WARREN
CA Bar No. 177900
Warren & Burstein
501 West Broadway, Suite 240
San Diego, Ca., 92101
(619) 234-4433
jw@wabulaw.com

Attorney for Defendant Baldwin, Sr.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(THE HONORABLE JILL L. BURKHARDT)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.:   18-cr-1551-W-JLB |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Unopposed motion to modify bond |
| JOHN BALDWIN, SR. (1), | ) conditions to permit travel |
| JOHN BALDWIN, JR. (2), | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**Introduction**

Defendants John Baldwin, Sr. and Jr., respectfully request the Court expand their conditions of release to permit domestic and foreign travel.  Neither the government nor Pretrial Services opposes the request.

1

### Relevant facts

John Baldwin, Sr., and his son, John Baldwin, Jr., are charged with tax-related offenses surrounding their car-sale business, Baldwin Auto Sales. Each is a United States Citizen with no previous criminal record, and long-standing ties to the San Diego community.

The case had been under investigation for some time before the indictment, and the Baldwins were in contact with the government throughout. They were allowed to appear on a notify letter, and on March 27, 2018, this Court authorized own recognizance release. While the original conditions of release (docket nos. 8 and 9) included the standard travel restriction to San Diego County only, the district court subsequently granted an oral request to permit travel throughout the United States. *See* docket entry 31, April 9, 2018.

The government has provided more than 100,000 documents in discovery, and the Baldwins recently retained counsel. Judge Whelan set a status hearing for July 9, 2018, after which further status or motion hearings will be scheduled. In other words, the case is likely to continue for many months.

Meanwhile, for business and other purposes, the Baldwins may need to travel outside of the continental United States. Their car business may require travel to Mexico, for example, and Mr. Baldwin, Jr.'s wife and family live in Japan.

In light of the above, counsel conferred with the government and with the Baldwins' assigned Pretrial Officers, Alex Sandoval and Justin Garcia. The officers confirm both defendants are in compliance with the conditions of release, and state Pretrial Services has

no objection to the request, as long as there is advance notice and contact upon return. Additionally, the assigned prosecutor, Assistant United States Attorney Dan Silva, stated the government has no objection to the request.

## Conclusion

Accordingly, the Baldwins respectfully ask the Court to grant their unopposed request to modify the conditions of release to permit international travel.   Counsel is submitting a proposed order to chambers.

Respectfully submitted,

Dated: May 16, 2018

*/s/ Jeremy  Warren*
Jeremy Warren
WARREN & BURSTEIN
Attorney for John Baldwin, Sr.

Dated: May 16, 2018

*/s/ Devin Burstein*
Devin Burstein
WARREN & BURSTEIN
Attorney for John Baldwin, Jr.

# **<u>Attachments</u>**

1.  Conditions of release

2.  Docket entry 31

Case 3:18-cr-01551-W  Document 43   Filed 05/25/18  PageID.124  Page 5 of 10

# UNITED STATES DISTRICT COURT
## for the
### Southern District of California

United States of America
        v.

John Baldwin, Sr.

_____
               *Defendant*

Case No. 18cr 1551-W

**FILED**

MAR 27 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                     DEPUTY

## PRETRIAL RELEASE ORDER

IT IS ORDERED that the defendant's release is subject to these conditions:

### Mandatory Conditions

(1)   The defendant must not violate federal, state, or local law during the period of release.

(2)   The defendant must cooperate in the collection of a DNA sample as authorized by 42 U.S.C. § 14135a.

### Standard Conditions
#### *(Each Standard Condition applies, unless stricken.)*

(3)   The defendant must appear in court as ordered and surrender as directed to serve any sentence.

(4)   The defendant must not possess a firearm, destructive device, or other dangerous weapon.

(5)   The defendant must not use or possess a narcotic drug or other controlled substance without a lawful medical prescription. The defendant must not use or possess marijuana under any circumstances.

(6)   The defendant must report to the U.S. Pretrial Services Office (telephone (619) 557-5738) on the day of the initial court appearance or within 24 hours of the defendant's release from custody, whichever is later. Throughout this case, the defendant must report as directed by the Pretrial Services Office and follow all directions of the Pretrial Services Office.

(7)   The defendant must advise the Court or the Pretrial Services Office in writing of: (1) the defendant's current residence address and phone number, when first reporting to Pretrial Services; and (2) any new contact information, before making any change of residence or phone number.

(8)   The defendant must read this Pretrial Release Order and the "Advice of Penalties and Sanctions" form, or have them read to the defendant in the defendant's native language. The defendant must acknowledge the defendant's understanding of all the pretrial release conditions and the penalties and sanctions for any violations, by signing the "Advice of Penalties and Sanctions" form.

(9)   Restrict travel to: ☒ San Diego County   ☐ Imperial County   ☐ State of California
                        ☐ CDCA (L.A., Orange, Riverside, San Bernardino, S.L.O., Santa Barbara, Ventura)
                        ☒ Do not enter Mexico   ☐ Other Travel Restriction: _____

### Additional Conditions

(10) ☒ (a) The defendant is released on personal recognizance.
      ☐ (b) The defendant must execute an appearance bond in the amount of $ _____ that is:
           ☐ Unsecured.
           ☐ Secured, as set forth below. The Court finds that an unsecured bond will not reasonably assure the defendant's appearance as required and/or will endanger the safety of another person or the community.
           Security: ☐ The co-signatures of _____ financially responsible (and related) adults or _____.
                    ☐ A cash deposit with the Court of $ _____
                    ☐ A trust deed to the United States on real property approved by a federal judge.
                    ☐ A cash bond and/or a bail bond by an approved, solvent corporate surety. A corporate bail bond must cover all conditions of release, not just appearances.
                    ☐ Other: _____
      Hearing: ☐ Surety examination   ☐ Nebbia hearing (bail source hearing)

(11) ☐ 18 U.S.C. § 3142(d) hold until _____; if no detainer is lodged by then, these conditions take effect.

Case 3:18-cr-01555-WWD Document 23  Filed 03/27/18  PageID.125  Page 2 of 10

(12)  The defendant must:

- [ ] (a)  actively seek or continue full-time employment, or schooling, or a combination of both.
- [ ] (b)  reside with      ([ ]) a family member, surety, or _____, or
                ([ ]) at a residence approved by the Pretrial Services Office.
- [ ] (c)  surrender any valid passport to the Pretrial Services Office and not obtain a passport or other international travel document.
- [ ] (d)  clear all warrants/FTAs and pay all fines within 90 days of release or as directed by the Pretrial Services Office.
- [ ] (e)  submit to psychological/psychiatric treatment at Pretrial Services' discretion.
- [ ] (f)  submit to testing for drugs/alcohol if required by the Pretrial Services Office, no more than ___ times per month.  Testing may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Pretrial Services need not notify the Court of test results attributed to residual elimination.
- [ ] (g)  not use alcohol at all.
- [ ] (h)  not have a blood alcohol content (BAC) of .08% or more.
- [ ] (i)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the Pretrial Services Office or supervising officer.
- [ ] (j)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
- [ ] (k)  participate in the Location Monitoring Program and comply with its requirements as directed under the following component and technology:
  - [ ] (i)  **Curfew.** You are restricted to your residence ([ ]) every day from _____ to _____, or ([ ]) as directed by the pretrial services office or supervising officer.
  - [ ] (ii)  **Home Detention.** You are restricted to your residence at all times except for Pretrial Services-approved absences for: employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; Court-ordered obligations; or other activities.
  - [ ] (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for Court-approved absences for medical necessities, court appearances, or other activities.
    
    Technology: [ ] Global Positioning System (GPS)   [ ] Radio Frequency   [ ] Voice Recognition
  - [ ] You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services officer.
  - [ ] Defense counsel must notify Pretrial Services upon submission of bond paperwork; defendant to be released from custody to Pretrial Services the following business day by 10:00 a.m. and Pretrial Services to transport if needed.
- [ ] (l)  return to custody each _____ at _____ AM/PM after being released at _____ AM/PM for employment, schooling, or the following purposes: _____
- [ ] (m)  maintain residence at a halfway house, community corrections center, or residential facility, as the Pretrial Services Office or supervising officer considers necessary.
- [ ] (n)  remain in the custody of _____, who will supervise the defendant and notify the Court immediately if the defendant violates any conditions of release.
- [ ] (o)  **Adam Walsh Act:** See attached Addendum for additional conditions.
- [ ] (p)  Other conditions: _____
      _____
      _____

(13)  [x] All conditions previously set will remain the same.

Date: 3/27/18

Hon. Jill L. Burkhardt
U.S. Magistrate Judge

Case 3:18-cr-01551-W Document 29 Filed 05/25/18 PageID.126 Page 7 of 10

# UNITED STATES DISTRICT COURT

for the
Southern District of California



United States of America

John Baldwin, Jr.

_____
*Defendant*

)
)
)
)
)

Case No. 18cr1551-W

**FILED**

MAR 27 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## PRETRIAL RELEASE ORDER

IT IS ORDERED that the defendant's release is subject to these conditions:

### Mandatory Conditions

(1)　The defendant must not violate federal, state, or local law during the period of release.

(2)　The defendant must cooperate in the collection of a DNA sample as authorized by 42 U.S.C. § 14135a.

### Standard Conditions
#### *(Each Standard Condition applies, unless stricken.)*

(3)　The defendant must appear in court as ordered and surrender as directed to serve any sentence.

(4)　The defendant must not possess a firearm, destructive device, or other dangerous weapon.

(5)　The defendant must not use or possess a narcotic drug or other controlled substance without a lawful medical prescription. The defendant must not use or possess marijuana under any circumstances.

(6)　The defendant must report to the U.S. Pretrial Services Office (telephone (619) 557-5738) on the day of the initial court appearance or within 24 hours of the defendant's release from custody, whichever is later. Throughout this case, the defendant must report as directed by the Pretrial Services Office and follow all directions of the Pretrial Services Office.

(7)　The defendant must advise the Court or the Pretrial Services Office in writing of: (1) the defendant's current residence address and phone number, when first reporting to Pretrial Services; and (2) any new contact information, before making any change of residence or phone number.

(8)　The defendant must read this Pretrial Release Order and the "Advice of Penalties and Sanctions" form, or have them read to the defendant in the defendant's native language. The defendant must acknowledge the defendant's understanding of all the pretrial release conditions and the penalties and sanctions for any violations, by signing the "Advice of Penalties and Sanctions" form.

(9)　Restrict travel to: ☒ San Diego County　☐ Imperial County　☐ State of California
　　　　　　　　　　☐ CDCA (L.A., Orange, Riverside, San Bernardino, S.L.O., Santa Barbara, Ventura)
　　　　　　　　　　☒ Do not enter Mexico　☐ Other Travel Restriction: _____

### Additional Conditions

(10)　☑ (a) The defendant is released on personal recognizance.
　　　 ☐ (b) The defendant must execute an appearance bond in the amount of $ _____ that is:
　　　　　　☐ Unsecured.
　　　　　　☐ Secured, as set forth below. The Court finds that an unsecured bond will not reasonably assure the defendant's appearance as required and/or will endanger the safety of another person or the community.
　　　　　　Security: ☐ The co-signatures of _____ financially responsible (and related) adults or _____.
　　　　　　　　　　☐ A cash deposit with the Court of $ _____.
　　　　　　　　　　☐ A trust deed to the United States on real property approved by a federal judge.
　　　　　　　　　　☐ A cash bond and/or a bail bond by an approved, solvent corporate surety. A corporate bail bond must cover all conditions of release, not just appearances.
　　　　　　　　　　☐ Other: _____.
　　　　　　Hearing: ☐ Surety examination　☐ Nebbia hearing (bail source hearing)

(11)　☐ 18 U.S.C. § 3142(d) hold until _____; if no detainer is lodged by then, these conditions take effect.

(12) The defendant must:

   ☐ (a)  actively seek or continue full-time employment, or schooling, or a combination of both.

   ☐ (b)  reside with   (☐) a family member, surety, or _____, or
                 (☐) at a residence approved by the Pretrial Services Office.

   ☐ (c)  surrender any valid passport to the Pretrial Services Office and not obtain a passport or other international travel document.

   ☐ (d)  clear all warrants/FTAs and pay all fines within 90 days of release or as directed by the Pretrial Services Office.

   ☐ (e)  submit to psychological/psychiatric treatment at Pretrial Services' discretion.

   ☐ (f)  submit to testing for drugs/alcohol if required by the Pretrial Services Office, no more than ___ times per month. Testing may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Pretrial Services need not notify the Court of test results attributed to residual elimination.

   ☐ (g)  not use alcohol at all.

   ☐ (h)  not have a blood alcohol content (BAC) of .08% or more.

   ☐ (i)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the Pretrial Services Office or supervising officer.

   ☐ (j)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____

   ☐ (k)  participate in the Location Monitoring Program and comply with its requirements as directed under the following component and technology:

      ☐ (i)  **Curfew.** You are restricted to your residence (☐) every day from _____ to _____, or (☐) as directed by the pretrial services office or supervising officer.

      ☐ (ii)  **Home Detention.** You are restricted to your residence at all times except for Pretrial Services-approved absences for: employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; Court-ordered obligations; or other activities.

      ☐ (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for Court-approved absences for medical necessities, court appearances, or other activities.

      Technology: ☐ Global Positioning System (GPS)  ☐ Radio Frequency  ☐ Voice Recognition

      ☐ You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services officer.

      ☐ Defense counsel must notify Pretrial Services upon submission of bond paperwork; defendant to be released from custody to Pretrial Services the following business day by 10:00 a.m. and Pretrial Services to transport if needed.

   ☐ (l)  return to custody each _____ at _____ AM/PM after being released at _____ AM/PM for employment, schooling, or the following purposes: _____

   ☐ (m)  maintain residence at a halfway house, community corrections center, or residential facility, as the Pretrial Services Office or supervising officer considers necessary.

   ☐ (n)  remain in the custody of _____, who will supervise the defendant and notify the Court immediately if the defendant violates any conditions of release.

   ☐ (o)  **Adam Walsh Act:** See attached Addendum for additional conditions.

   ☐ (p)  Other conditions: _____
_____
_____

(13) ☒ All conditions previously set will remain the same.

Date: _____3/27/18_____

_Jill Burkhardt_

Hon. Jill L. Burkhardt
U.S. Magistrate Judge

# <u>Docket entry 31</u>

| 04/09/2018 | 31 | Minute Entry for proceedings held before Judge Thomas J. Whelan:Motion Setting as to John Baldwin, Sr, John Baldwin, Jr, Baldwin Auto Sales held on 4/9/2018. Atty Stephen Lemish notifies the Court that Defendant John Baldwin, Sr represents the company Baldwin Auto Sales(3). Atty Stephen Lemish is appointed for Defendant Baldwin Auto Sales (3). **Parties make an oral motion to permit travel throughout the United States-Motion Granted**. (Status Hearing set for 5/14/2018 09:00 AM in Courtroom 3C before Judge Thomas J. Whelan.). (Court Reporter Cami Kircher). (AUSA Laura Grimes and Daniel Silva). (Defense Attorneys Stephen Lemish(1)(3) and FD Matthew Binninger (2)). (no document attached) (bjb) (Entered: 04/10/2018) |

**Proof of Service**

I certify that on May 16, 2018, I served the above document on all parties via electronic filing.

Dated: May 16, 2018                               /s/ *Jeremy Warren*
                                                  Jeremy Warren
                                                  Attorney at Law