UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(THE HONORABLE JILL L. BURKHARDT)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JOHN BALDWIN, SR. (1),<br>JOHN BALDWIN, JR. (2),<br><br>   Defendants. | Case No.: 18-cr-1551-W<br><br>Order modifying bond conditions to permit travel |

Good cause appearing in the unopposed motion filed by Defendants John Baldwin, Jr. and Sr., the Court modifies the conditions of release as follows: both defendants are permitted to travel outside of the continental United States. Prior to any such travel, the defendant shall provide an itinerary to Pretrial Services. Further, the defendant shall call his Officer before commencing travel and within four hours of his return.

Dated: June 1, 2018

_____
Hon. Jill L. Burkhardt
United States Magistrate Judge

1