UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V.<br><br>JOHN BALDWIN, JR. (2),<br>BALDWIN AUTO SALES (3),<br><br>Defendants. | Case No.:  18cr1551-W<br><br>Judgment and Order dismissing indictment against Mr. Baldwin, Jr., and terminating probation of Baldwin Auto Sales |

Good cause having been shown in the defendants' unopposed motion, the Court enters the following order:

1) The indictment against Mr. Baldwin, Jr., is dismissed, and

2) Baldwin Auto Sales' term of probation is terminated pursuant to 18 U.S.C. § 3564(c).

So ordered.

Dated: October 1, 2020

_____
Hon. Thomas Whelan
District Judge

1